**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

IN RE: )
**Jason L Williams** )
**Kendra G Williams** )
) Case No. _____
) Chapter **13**
Debtor. )

**PAY ADVICE COVER SHEET**

The following pay advice/employee record information is filed on behalf of the debtor(s):
Pay advices are attached as follows:

| Debtor, Joint Debtor, or Non filing spouse | Employer | Beginning date | Ending date |
|---|---|---|---|
| **Debtor** | **Parc Place Operations, LLC** | **07/02/2024** | **12/06/2024** |
| **Debtor** | **PF MLE SNF Ops, LLC** | **01/03/2025** | **01/17/2025** |
| **Co-debtor** | **St. Luke's Methodist Church and Midwest City School District** | **07/15/2024** | **12/25/2024** |

If specific pay advices are not attached, an explanation is required as to why documentation is not attached.

_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Date:   **January 22, 2025**   .

**/s/ Jason L Williams**
Debtor Signature

Printed Name:   **Jason L Williams**

**/s/ Kendra G Williams**
Joint Debtor's Signature (if applicable)

Printed Name:   **Kendra G Williams**

☐ Pro se Debtor
☑ Represented by Counsel

**/s/ Ryan P. DeArman**
**Ryan P. DeArman 18691**
**1901 N. Moore Ave., Suite 14**
**Moore, OK 73160**
**(405)501-7640**
**(405)578-4336**
**rdearman@cox.net**
Counsel for **Jason L Williams**
**Kendra G Williams**

Local Form 1007-1.D                                                                                  Rev. 09/01/2024

| #3000115 - Jason Williams | Voucher #(13569) | Pay Date: 07/05/2024 |
| PMR/80/PMR | | Pay Period: 06/16/2024-06/30/2024 [2] |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Atten | | | | 93.75 | 1,229.25 |
| Float | | | | | 200.00 |
| Holic | | | 11.25 | | 281.25 |
| Holic | | | | | 515.63 |
| Over | 37.50 | 11.75 | | 440.63 | 4,632.33 |
| Regu | 25.00 | 82.00 | | 2,050.00 | 27,337.50 |
| Vacat | | | 8.00 | | 200.00 |
| **Gross Pay** | | | | **2,584.38** | **34,395.96** |

### Deductions

| | Goal | Current | YTD | |
|---|---|---|---|---|
| BC Health | | 498.09 | 5,277.81 | [1] |
| FSA-Med | | 62.50 | 62.50 | [1] |
| GSTD | | | 301.92 | |
| Guardian Accident | | 16.78 | 218.14 | [1] |
| Guardian Dental | | 88.83 | 1,154.79 | [1] |
| OK Credit Garn 1 | 20,000.30 | 250.00 | 3,250.00 | |
| STD | | 25.16 | 25.16 | |
| Vision | | 11.30 | 146.90 | [1] |
| **Total** | | **952.66** | **10,437.22** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,906.88 | 27,535.82 | 20.63 | 270.46 |
| FICA | 1,906.88 | 27,535.82 | 118.23 | 1,707.22 |
| MEDI | 1,906.88 | 27,535.82 | 27.65 | 399.27 |
| SIT:OK | 1,906.88 | 27,535.82 | 62.00 | 938.00 |
| **Total** | | | **228.51** | **3,314.95** |

| **Net Pay** | | **1,403.21** | **20,643.79** |
| Checking (0503) | | 1,403.21 | 20,643.79 |

### Company Paid Benefits

| | Current | YTD | |
|---|---|---|---|
| BC Health | 150.00 | 1,650.00 | [1] |
| FUTA | | 42.00 | |
| FICA | 118.23 | 1,707.22 | |
| MEDI | 27.65 | 399.27 | |
| SUTA:OK | 16.45 | 324.01 | |
| **Total** | **312.33** | **4,122.50** | |

### Accruals

| | Bal. |
|---|---|
| Floating Holiday | 0.00 |
| Sick | 0.00 |
| Vacation | 17.67 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Parc Place Operations, LLC 1400 E Memorial Rd, Oklahoma City, OK 73131                1 of 1

---

**Parc Place Operations, LLC**
1400 E Memorial Rd
Oklahoma City, OK 73131

| Pay Date: | 07/05/2024 |
| Voucher #: | (13569) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jason Williams | 1 | Checking | XXXXX0503 | 103100739 | 1,403.21 |

PMR/80/PMR  3000115  07/05/2024  (13569)

**Jason Williams**
12200 se 157th st
okc, OK 73165

**Non-Negotiable - This Is Not A Check**

**#3000115 - Jason Williams**
**PMR/80/PMR**
Voucher #(14631)
Pay Date: 07/22/2024
Pay Period: 07/01/2024-07/15/2024

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Atten | | | | | 1,229.25 |
| Float | | | | 200.00 | |
| Holic | 25.00 | 8.00 | 19.25 | 200.00 | 481.25 |
| Holic | | | | | 515.63 |
| Overt | 37.50 | 4.75 | | 178.13 | 4,810.46 |
| Regu | 25.00 | 70.00 | | 1,750.00 | 29,087.50 |
| Vacat | 25.00 | 16.00 | 24.00 | 400.00 | 600.00 |
| **Gross Pay** | | | | **2,528.13** | **36,924.09** |

### Deductions

| | Goal | Current | YTD |
|---|---|---|---|
| BC Health | | 498.09 | 5,775.90 [1] |
| FSA-Med | | 62.50 | 125.00 [1] |
| GSTD | | | 301.92 |
| Guardian Accident | | 16.78 | 234.92 [1] |
| Guardian Dental | | 88.83 | 1,243.62 [1] |
| OK Credit Garn 1 | 20,000.30 | 250.00 | 3,500.00 |
| STD | | 25.16 | 50.32 |
| Vision | | 11.30 | 158.20 [1] |
| **Total** | | **952.66** | **11,389.88** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,850.63 | 29,386.45 | | 270.46 |
| FICA | 1,850.63 | 29,386.45 | 114.74 | 1,821.96 |
| MEDI | 1,850.63 | 29,386.45 | 26.83 | 426.10 |
| SIT:OK | 1,850.63 | 29,386.45 | 60.00 | 998.00 |
| **Total** | | | **201.57** | **3,516.52** |

| **Net Pay** | | **1,373.90** | **22,017.69** |
|---|---|---|---|
| Checking (0503) | | 1,373.90 | 22,017.69 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| BC Health | 150.00 | 1,800.00 [1] |
| FUTA | | 42.00 |
| FICA | 114.74 | 1,821.96 |
| MEDI | 26.83 | 426.10 |
| SUTA:OK | | 324.01 |
| **Total** | **291.57** | **4,414.07** |

### Accruals

| | Bal. |
|---|---|
| Floating Holiday | 0.00 |
| Sick | 0.00 |
| Vacation | 3.33 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Parc Place Operations, LLC 1400 E Memorial Rd, Oklahoma City, OK 73131        1 of 1

---

**Parc Place Operations, LLC**
1400 E Memorial Rd
Oklahoma City, OK 73131

| Pay Date: | 07/22/2024 |
|---|---|
| Voucher #: | (14631) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jason Williams | 1 | Checking | XXXXX0503 | 103100739 | 1,373.90 |

PMR/80/PMR  3000115  07/22/2024  (14631)

**Jason Williams**
12200 se 157th st
okc, OK 73165

**Non-Negotiable - This Is Not A Check**

| #3000115 - Jason Williams PMR/80/PMR | | | | Voucher #(15108) | | Pay Date: 08/07/2024 Pay Period: 07/16/2024-07/31/2024 | | |
|---|---|---|---|---|---|---|---|---|

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Atten | | | | | 1,229.25 |
| Floati | | | | | 200.00 |
| Holic | | | 19.25 | | 481.25 |
| Holic | | | | | 515.63 |
| Oven | 37.50 | 6.00 | | 225.00 | 5,035.46 |
| Regu | 25.00 | 80.00 | | 2,000.00 | 31,087.50 |
| Vacat | | | 24.00 | | 600.00 |
| **Gross Pay** | | | | **2,225.00** | **39,149.09** |

**Company Paid Benefits** [2]

| | Current | YTD |
|---|---|---|
| BC Health | 150.00 | 1,950.00 [1] |
| FUTA | | 42.00 |
| FICA | 95.94 | 1,917.90 |
| MEDI | 22.44 | 448.54 |
| SUTA:OK | | 324.01 |
| **Total** | **268.38** | **4,682.45** |

**Deductions**

| | Goal | Current | YTD |
|---|---|---|---|
| BC Health | | 498.09 | 6,273.99 [1] |
| FSA-Med | | 62.50 | 187.50 [1] |
| GSTD | | | 301.92 |
| Guardian Accident | | 16.78 | 251.70 [1] |
| Guardian Dental | | 88.83 | 1,332.45 [1] |
| OK Credit Garn 1 | 20,000.30 | 250.00 | 3,750.00 |
| STD | | 25.16 | 75.48 |
| Vision | | 11.30 | 169.50 [1] |
| **Total** | | **952.66** | **12,342.54** |

**Accruals**

| | Bal. |
|---|---|
| Floating Holiday | 0.00 |
| Sick | 0.00 |
| Vacation | 5.00 |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,547.50 | 30,933.95 | | 270.46 |
| FICA | 1,547.50 | 30,933.95 | 95.94 | 1,917.90 |
| MEDI | 1,547.50 | 30,933.95 | 22.44 | 448.54 |
| SIT:OK | 1,547.50 | 30,933.95 | 45.00 | 1,043.00 |
| **Total** | | | **163.38** | **3,679.90** |

| **Net Pay** | | **1,108.96** | **23,126.65** |
|---|---|---|---|
| Checking (0503) | | 1,108.96 | 23,126.65 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Parc Place Operations, LLC 1400 E Memorial Rd, Oklahoma City, OK 73131       1 of 1

---

**Parc Place Operations, LLC**
1400 E Memorial Rd
Oklahoma City, OK 73131

| Pay Date: | 08/07/2024 |
|---|---|
| Voucher #: | (15108) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jason Williams | 1 | Checking | XXXXX0503 | 103100739 | 1,108.96 |

PMR/80/PMR  3000115  08/07/2024  (15108)

**Jason Williams**
12200 se 157th st
okc, OK 73165

**Non-Negotiable - This Is Not A Check**

**#3000115 - Jason Williams**  
**PMR/80/PMR**  
Voucher #(16129)  
Pay Date: 08/22/2024  
Pay Period: 08/01/2024-08/15/2024

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Atten | | | | 90.50 | 1,319.75 |
| Floatl | | | | | 200.00 |
| Holic | | | 19.25 | | 481.25 |
| Holic | | | | | 515.63 |
| Overt | 37.50 | 4.25 | | 159.38 | 5,194.84 |
| Regu | 25.00 | 86.25 | | 2,156.25 | 33,243.75 |
| Vacat | | | 24.00 | | 600.00 |
| **Gross Pay** | | | | **2,406.13** | **41,555.22** |

### Deductions

| | Goal | Current | YTD | |
|---|---|---|---|---|
| BC Health | | 498.09 | 6,772.08 | [1] |
| FSA-Med | | 62.50 | 250.00 | [1] |
| GSTD | | | 301.92 | |
| Guardian Accident | | 16.78 | 268.48 | [1] |
| Guardian Dental | | 88.83 | 1,421.28 | [1] |
| OK Credit Garn 1 | 20,000.30 | 250.00 | 4,000.00 | |
| STD | | 25.16 | 100.64 | |
| Vision | | 11.30 | 180.80 | [1] |
| **Total** | | **952.66** | **13,295.20** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,728.63 | 32,662.58 | 19.91 | 290.37 |
| FICA | 1,728.63 | 32,662.58 | 107.18 | 2,025.08 |
| MEDI | 1,728.63 | 32,662.58 | 25.07 | 473.61 |
| SIT:OK | 1,728.63 | 32,662.58 | 53.00 | 1,096.00 |
| **Total** | | | **205.16** | **3,885.06** |

| **Net Pay** | | **1,248.31** | **24,374.96** |
|---|---|---|---|
| Checking (0503) | | 1,248.31 | 24,374.96 |

### Company Paid Benefits

| | Current | YTD | |
|---|---|---|---|
| BC Health | 150.00 | 2,100.00 | [1] |
| FUTA | | 42.00 | |
| FICA | 107.18 | 2,025.08 | |
| MEDI | 25.07 | 473.61 | |
| SUTA:OK | | 324.01 | |
| **Total** | **282.25** | **4,964.70** | |

[2]

### Accruals

| | Bal. |
|---|---|
| Floating Holiday | 0.00 |
| Sick | 0.00 |
| Vacation | 6.67 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[2] For information purposes only. No effect on your net pay.

Parc Place Operations, LLC 1400 E Memorial Rd, Oklahoma City, OK 73131                1 of 1

---

**Parc Place Operations, LLC**  
1400 E Memorial Rd  
Oklahoma City, OK 73131

| Pay Date: | 08/22/2024 |
|---|---|
| Voucher #: | (16129) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jason Williams | 1 | Checking | XXXXX0503 | 103100739 | 1,248.31 |

PMR/80/PMR  3000115  08/22/2024  (16129)

**Jason Williams**  
12200 se 157th st  
okc, OK 73165

**Non-Negotiable - This Is Not A Check**

| #3000115 - Jason Williams  PMR/80/PMR | | | | Voucher #(17968) | | Pay Date: 09/06/2024  Pay Period: 08/16/2024-08/31/2024 | |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Atten | | | | | 1,319.75 |
| Bonu | | | | 86.00 | 86.00 |
| Float | | | | | 200.00 |
| Holic | | | 19.25 | | 481.25 |
| Holic | | | | | 515.63 |
| Over | | | | | 5,194.84 |
| Regu | 25.00 | 86.00 | | 2,150.00 | 35,393.75 |
| Vacat | | | 24.00 | | 600.00 |
| **Gross Pay** | | | | **2,236.00** | **43,791.22** |

### Deductions

| | Goal | Current | YTD |
|---|---|---|---|
| BC Health | | 498.09 | 7,270.17 [1] |
| FSA-Med | | 62.50 | 312.50 [1] |
| GSTD | | | 301.92 |
| Guardian Accident | | 16.78 | 285.26 [1] |
| Guardian Dental | | 88.83 | 1,510.11 [1] |
| OK Credit Garn 1 | 20,000.30 | 250.00 | 4,250.00 |
| STD | | 25.16 | 125.80 |
| Vision | | 11.30 | 192.10 [1] |
| **Total** | | **952.66** | **14,247.86** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,558.50 | 34,221.08 | 18.92 | 309.29 |
| FICA | 1,558.50 | 34,221.08 | 96.63 | 2,121.71 |
| MEDI | 1,558.50 | 34,221.08 | 22.60 | 496.21 |
| SIT:OK | 1,558.50 | 34,221.08 | 46.00 | 1,142.00 |
| **Total** | | | **184.15** | **4,069.21** |

### Net Pay

| | Current | YTD |
|---|---|---|
| Net Pay | 1,099.19 | 25,474.15 |
| Checking (0503) | 1,099.19 | 25,474.15 |

### Company Paid Benefits [2]

| | Current | YTD |
|---|---|---|
| BC Health | 150.00 | 2,250.00 [1] |
| FUTA | | 42.00 |
| FICA | 96.63 | 2,121.71 |
| MEDI | 22.60 | 496.21 |
| SUTA:OK | | 324.01 |
| **Total** | **269.23** | **5,233.93** |

### Accruals

| | Bal. |
|---|---|
| Floating Holiday | 0.00 |
| Sick | 0.00 |
| Vacation | 8.33 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Parc Place Operations, LLC 1400 E Memorial Rd, Oklahoma City, OK 73131                 1 of 1

---

**Parc Place Operations, LLC**
1400 E Memorial Rd
Oklahoma City, OK 73131

| Pay Date: | 09/06/2024 |
|---|---|
| Voucher #: | (17968) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jason Williams | 1 | Checking | XXXXX0503 | 103100739 | 1,099.19 |

PMR/80/PMR  3000115  09/06/2024  (17968)

**Jason Williams**
12200 se 157th st
okc, OK 73165

**Non-Negotiable - This Is Not A Check**

**#3000115 - Jason Williams**
**PMR/80/PMR**

**Voucher #(18190)**

Pay Date: 09/20/2024
Pay Period: 09/01/2024-09/15/2024

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Atten | | | | | 1,319.75 |
| Bonu | | | | | 86.00 |
| Float | | | | | 200.00 |
| Holic | | | 19.25 | | 481.25 |
| Holic | 37.50 | 8.25 | | 309.38 | 825.01 |
| Over | 37.50 | 33.25 | | 1,246.88 | 6,441.72 |
| Regu | 25.00 | 71.75 | | 1,793.75 | 37,187.50 |
| Vacat | | | 24.00 | | 600.00 |
| **Gross Pay** | | | | **3,350.01** | **47,141.23** |

### Deductions

| | Goal | Current | YTD | |
|---|---|---|---|---|
| BC Health | | 498.09 | 7,768.26 | [1] |
| FSA-Med | | 62.50 | 375.00 | [1] |
| GSTD | | | 301.92 | |
| Guardian Accident | | 16.78 | 302.04 | [1] |
| Guardian Dental | | 88.83 | 1,598.94 | [1] |
| OK Credit Garn 1 | 20,000.30 | 250.00 | 4,500.00 | |
| STD | | 25.16 | 150.96 | |
| Vision | | 11.30 | 203.40 | [1] |
| **Total** | | **952.66** | **15,200.52** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,672.51 | 36,893.59 | | 309.29 |
| FICA | 2,672.51 | 36,893.59 | 165.69 | 2,287.40 |
| MEDI | 2,672.51 | 36,893.59 | 38.75 | 534.96 |
| SIT:OK | 2,672.51 | 36,893.59 | 99.00 | 1,241.00 |
| **Total** | | | **303.44** | **4,372.65** |

**Net Pay**      2,093.91   27,568.06
Checking (0503)   2,093.91   27,568.06

### Company Paid Benefits [2]

| | Current | YTD | |
|---|---|---|---|
| BC Health | 150.00 | 2,400.00 | [1] |
| FUTA | | 42.00 | |
| FICA | 165.69 | 2,287.40 | |
| MEDI | 38.75 | 534.96 | |
| SUTA:OK | | 324.01 | |
| **Total** | **354.44** | **5,588.37** | |

### Accruals

| | Bal. |
|---|---|
| Floating Holiday | 0.00 |
| Sick | 0.00 |
| Vacation | 10.00 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Parc Place Operations, LLC 1400 E Memorial Rd, Oklahoma City, OK 73131                1 of 1

---

**Parc Place Operations, LLC**
1400 E Memorial Rd
Oklahoma City, OK 73131

| Pay Date: | 09/20/2024 |
|---|---|
| Voucher #: | (18190) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jason Williams | 1 | Checking | XXXXX0503 | 103100739 | 2,093.91 |

PMR/80/PMR  3000115  09/20/2024  (18190)

**Jason Williams**
12200 se 157th st
okc, OK 73165

**Non-Negotiable - This Is Not A Check**

| #3000115 - Jason Williams PMR/80/PMR | | | Voucher #(19818) | | Pay Date: 10/07/2024 Pay Period: 09/16/2024-09/30/2024 | |
|---|---|---|---|---|---|---|

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Atten | | | 109.25 | | 1,429.00 |
| Bonu | | | | | 86.00 |
| Float | | | | | 200.00 |
| Holic | | | 19.25 | | 481.25 |
| Holic | | | | | 825.01 |
| Oven | 37.50 | 23.25 | | 871.88 | 7,313.60 |
| Regu | 25.00 | 86.00 | | 2,150.00 | 39,337.50 |
| Vacat | | | 24.00 | | 600.00 |
| **Gross Pay** | | | | **3,131.13** | **50,272.36** |

### Deductions

| | Goal | Current | YTD |
|---|---|---|---|
| BC Health | | 498.09 | 8,266.35 [1] |
| FSA-Med | | 62.50 | 437.50 [1] |
| GSTD | | | 301.92 |
| Guardian Accident | | 16.78 | 318.82 [1] |
| Guardian Dental | | 88.83 | 1,687.77 [1] |
| OK Credit Garn 1 | 20,000.30 | 250.00 | 4,750.00 |
| STD | | 25.16 | 176.12 |
| Vision | | 11.30 | 214.70 [1] |
| **Total** | | **952.66** | **16,153.18** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,453.63 | 39,347.22 | 24.04 | 333.33 |
| FICA | 2,453.63 | 39,347.22 | 152.13 | 2,439.53 |
| MEDI | 2,453.63 | 39,347.22 | 35.57 | 570.53 |
| SIT:OK | 2,453.63 | 39,347.22 | 88.00 | 1,329.00 |
| **Total** | | | **299.74** | **4,672.39** |

### Net Pay

| | Current | YTD |
|---|---|---|
| Net Pay | 1,878.73 | 29,446.79 |
| Checking (0503) | 1,878.73 | 29,446.79 |

### Company Paid Benefits [2]

| | Current | YTD |
|---|---|---|
| BC Health | 150.00 | 2,550.00 [1] |
| FUTA | | 42.00 |
| FICA | 152.13 | 2,439.53 |
| MEDI | 35.57 | 570.53 |
| SUTA:OK | | 324.01 |
| **Total** | **337.70** | **5,926.07** |

### Accruals

| | Bal. |
|---|---|
| Floating Holiday | 0.00 |
| Sick | 0.00 |
| Vacation | 11.67 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Parc Place Operations, LLC 1400 E Memorial Rd, Oklahoma City, OK 73131     1 of 1

---

**Parc Place Operations, LLC**
1400 E Memorial Rd
Oklahoma City, OK 73131

| Pay Date: | 10/07/2024 |
|---|---|
| Voucher #: | (19818) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jason Williams | 1 | Checking | XXXXX0503 | 103100739 | 1,878.73 |

PMR/80/PMR  3000115  10/07/2024  (19818)

**Jason Williams**
12200 se 157th st
okc, OK 73165

**Non-Negotiable - This Is Not A Check**

#3000115 - Jason Williams  Voucher #(20957)  Pay Date: 10/22/2024
PMR/80/PMR  Pay Period: 10/01/2024-10/15/2024

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Atten | | | | | 1,429.00 |
| Bonu | | | | | 86.00 |
| Floa | | | | | 200.00 |
| Holi | | | 19.25 | | 481.25 |
| Holi | | | | | 825.01 |
| Over | 37.50 | 7.25 | | 271.88 | 7,585.48 |
| Regu | 25.00 | 82.75 | | 2,068.75 | 41,406.25 |
| Vaca | 25.00 | 11.67 | 35.67 | 291.75 | 891.75 |
| **Gross Pay** | | | | **2,632.38** | **52,904.74** |

### Deductions

| | Goal | Current | YTD | |
|---|---|---|---|---|
| Employee Loan | | 81.36 | 81.36 | |
| BC Health | | 498.09 | 8,764.44 | 1 |
| FSA-Med | | 62.50 | 500.00 | 1 |
| GSTD | | | 301.92 | |
| Guardian Accident | | 16.78 | 335.60 | 1 |
| Guardian Dental | | 88.83 | 1,776.60 | 1 |
| OK Credit Garn 1 | 20,000.30 | 250.00 | 5,000.00 | |
| PAC | | 254.49 | 254.49 | |
| STD | | 25.16 | 201.28 | |
| Vision | | 11.30 | 226.00 | 1 |
| **Total** | | **1,288.51** | **17,441.69** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,954.88 | 41,302.10 | | 333.33 |
| FICA | 1,954.88 | 41,302.10 | 121.20 | 2,560.73 |
| MEDI | 1,954.88 | 41,302.10 | 28.35 | 598.88 |
| SIT:OK | 1,954.88 | 41,302.10 | 65.00 | 1,394.00 |
| **Total** | | | **214.55** | **4,886.94** |

Net Pay: 1,129.32   30,576.11
Checking (0503): 1,129.32   30,576.11

### Company Paid Benefits [2]

| | Current | YTD |
|---|---|---|
| BC Health | 150.00 | 2,700.00 [1] |
| FUTA | | 42.00 |
| FICA | 121.20 | 2,560.73 |
| MEDI | 28.35 | 598.88 |
| SUTA:OK | | 324.01 |
| **Total** | **299.55** | **6,225.62** |

### Accruals

| | Bal. |
|---|---|
| Floating Holiday | 0.00 |
| Sick | 0.00 |
| Vacation | 1.66 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Parc Place Operations, LLC 1400 E Memorial Rd, Oklahoma City, OK 73131   1 of 1

---

Parc Place Operations, LLC
1400 E Memorial Rd
Oklahoma City, OK 73131

Pay Date: 10/22/2024
Voucher #: (20957)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jason Williams | 1 | Checking | XXXXX0503 | 103100739 | 1,129.32 |

PMR/80/PMR  3000115  10/22/2024  (20957)

Jason Williams
12200 se 157th st
okc, OK 73165

**Non-Negotiable - This Is Not A Check**

| #3000115 - Jason Williams<br>PMR/80/PMR | | | | Voucher #(21753) | | Pay Date: 11/07/2024<br>Pay Period: 10/16/2024-10/31/2024 | | |
|---|---|---|---|---|---|---|---|---|

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Atten | | | | 93.75 | 1,522.75 |
| Bonu | | | | | 86.00 |
| Float | | | | | 200.00 |
| Holic | | | 19.25 | | 481.25 |
| Holic | | | | | 825.01 |
| On C | | | | 100.00 | 100.00 |
| Over | 37.50 | 3.00 | | 112.50 | 7,697.98 |
| Regu | 25.00 | 90.75 | | 2,268.75 | 43,675.00 |
| Vaca | | | 35.67 | | 891.75 |
| **Gross Pay** | | | | **2,575.00** | **55,479.74** |

### Net Pay

| | | |
|---|---|---|
| Net Pay | 789.72 | 31,365.83 |
| Checking (0503) | 789.72 | 31,365.83 |

### Company Paid Benefits [2]

| | Current | YTD |
|---|---|---|
| BC Health | 150.00 | 2,850.00 [1] |
| FUTA | | 42.00 |
| FICA | 117.65 | 2,678.38 |
| MEDI | 27.51 | 626.39 |
| SUTA:OK | | 324.01 |
| **Total** | **295.16** | **6,520.78** |

### Deductions

| | Goal | Current | YTD |
|---|---|---|---|
| Employee Loan | | 81.36 | 162.72 |
| BC Health | | 498.09 | 9,262.53 [1] |
| FSA-Med | | 62.50 | 562.50 [1] |
| GSTD | | | 301.92 |
| Guardian Accident | | 16.78 | 352.38 [1] |
| Guardian Dental | | 88.83 | 1,865.43 [1] |
| OK Credit Garn 1 | 20,000.30 | 250.00 | 5,250.00 |
| PAC | | 524.47 | 778.96 |
| STD | | 25.16 | 226.44 |
| Vision | | 11.30 | 237.30 [1] |
| **Total** | | **1,558.49** | **19,000.18** |

### Accruals

| | Bal. |
|---|---|
| Floating Holiday | 0.00 |
| Sick | 0.00 |
| Vacation | 3.33 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,897.50 | 43,199.60 | 20.63 | 353.96 |
| FICA | 1,897.50 | 43,199.60 | 117.65 | 2,678.38 |
| MEDI | 1,897.50 | 43,199.60 | 27.51 | 626.39 |
| SIT:OK | 1,897.50 | 43,199.60 | 61.00 | 1,455.00 |
| **Total** | | | **226.79** | **5,113.73** |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Parc Place Operations, LLC 1400 E Memorial Rd, Oklahoma City, OK 73131     1 of 1

---

**Parc Place Operations, LLC**
1400 E Memorial Rd
Oklahoma City, OK 73131

| Pay Date: | 11/07/2024 |
|---|---|
| Voucher #: | (21753) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jason Williams | 1 | Checking | XXXXX0503 | 103100739 | 789.72 |

PMR/80/PMR   3000115   11/07/2024   (21753)

**Jason Williams**
12200 se 157th st
okc, OK 73165

**Non-Negotiable - This Is Not A Check**

| #3000115 - Jason Williams | | | | Voucher #(22770) | | Pay Date: 11/22/2024 |
|---|---|---|---|---|---|---|
| PMR/80/PMR | | | | | | Pay Period: 11/01/2024-11/15/2024 |

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Atten | | | | | 1,522.75 |
| Bonu | | | | | 86.00 |
| Float | | | | | 200.00 |
| Holic | | | 19.25 | | 481.25 |
| Holic | | | | | 825.01 |
| On C | | | | | 100.00 |
| Oven | 37.50 | 3.25 | | 121.88 | 8,070.16 |
| Oven | 38.51 | 6.50 | | 250.30 | |
| Regu | 25.00 | 79.00 | | 1,975.00 | 45,650.00 |
| Vacat | | | 35.67 | | 891.75 |
| **Gross Pay** | | | | **2,347.18** | **57,826.92** |

### Deductions

| | Goal | Current | YTD |
|---|---|---|---|
| Employee Loan | | | 162.72 |
| BC Health | | 498.09 | 9,760.62 [1] |
| FSA-Med | | 62.50 | 625.00 [1] |
| GSTD | | | 301.92 |
| Guardian Accident | | 16.78 | 369.16 [1] |
| Guardian Dental | | 88.83 | 1,954.26 [1] |
| OK Credit Garn 1 | 20,000.30 | 250.00 | 5,500.00 |
| PAC | | 403.49 | 1,182.45 |
| STD | | 25.16 | 251.60 |
| Vision | | 11.30 | 248.60 [1] |
| **Total** | | **1,356.15** | **20,356.33** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,669.68 | 44,869.28 | | 353.96 |
| FICA | 1,669.68 | 44,869.28 | 103.52 | 2,781.90 |
| MEDI | 1,669.68 | 44,869.28 | 24.21 | 650.60 |
| --More-- | | | | |

### Taxes Withheld – Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| SIT:OK | 1,669.68 | 44,869.28 | 51.00 | 1,506.00 |
| **Total** | | | **178.73** | **5,292.46** |

| **Net Pay** | | **812.30** | **32,178.13** |
|---|---|---|---|
| Checking (0503) | | 812.30 | 32,178.13 |

### Company Paid Benefits [2]

| | Current | YTD |
|---|---|---|
| BC Health | 150.00 | 3,000.00 [1] |
| FUTA | | 42.00 |
| FICA | 103.52 | 2,781.90 |
| MEDI | 24.21 | 650.60 |
| SUTA:OK | | 324.01 |
| **Total** | **277.73** | **6,798.51** |

### Accruals

| | Bal. |
|---|---|
| Floating Holiday | 0.00 |
| Sick | 0.00 |
| Vacation | 5.00 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Parc Place Operations, LLC 1400 E Memorial Rd, Oklahoma City, OK 73131        1 of 1

---

**Parc Place Operations, LLC**
1400 E Memorial Rd
Oklahoma City, OK 73131

| Pay Date: | 11/22/2024 |
|---|---|
| Voucher #: | (22770) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jason Williams | 1 | Checking | XXXXX0503 | 103100739 | 812.30 |

PMR/80/PMR  3000115  11/22/2024  (22770)

**Jason Williams**
12200 se 157th st
okc, OK 73165

**Non-Negotiable – This Is Not A Check**

| #3000115 - Jason Williams PMR/80/PMR | | | | Voucher #(23817) | | Pay Date: 12/06/2024 Pay Period: 11/16/2024-11/30/2024 | | |
|---|---|---|---|---|---|---|---|---|

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Atten | | | | 73.25 | 1,596.00 |
| Bonu | | | | | 86.00 |
| Floa | | | | | 200.00 |
| Holic | 25.00 | 0.75 | 20.00 | 18.75 | 500.00 |
| Holic | 37.50 | 7.25 | | 271.88 | 1,096.89 |
| On C | | | | | 100.00 |
| Oven | 37.50 | 2.00 | | 75.00 | 8,145.16 |
| Regu | 25.00 | 71.25 | | 1,781.25 | 47,431.25 |
| Vacat | | | 35.67 | | 891.75 |
| **Gross Pay** | | | | **2,720.13** | **60,047.05** |

### Deductions

| | Goal | Current | YTD |
|---|---|---|---|
| Employee Loan | | | 162.72 |
| BC Health | | 498.09 | 10,258.71 [1] |
| FSA-Med | | 62.50 | 687.50 [1] |
| GSTD | | | 301.92 |
| Guardian Accident | | 16.78 | 385.94 [1] |
| Guardian Dental | | 88.83 | 2,043.09 [1] |
| OK Credit Garn 1 | 20,000.30 | 250.00 | 5,750.00 |
| PAC | | 219.49 | 1,401.94 |
| STD | | 25.16 | 276.76 |
| Vision | | 11.30 | 259.90 [1] |
| **Total** | | **1,172.15** | **21,528.48** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,542.63 | 46,411.91 | 16.12 | 370.08 |
| FICA | 1,542.63 | 46,411.91 | 95.64 | 2,877.54 |
| MEDI | 1,542.63 | 46,411.91 | 22.37 | 672.97 |
| SIT:OK | 1,542.63 | 46,411.91 | 44.00 | 1,550.00 |
| **Total** | | | **178.13** | **5,470.59** |

| Net Pay | 869.85 | 33,047.98 |
|---|---|---|
| Checking (0503) | 869.85 | 33,047.98 |

### Company Paid Benefits [2]

| | Current | YTD |
|---|---|---|
| BC Health | 150.00 | 3,150.00 [1] |
| FUTA | | 42.00 |
| FICA | 95.64 | 2,877.54 |
| MEDI | 22.37 | 672.97 |
| SUTA:OK | | 324.01 |
| **Total** | **268.01** | **7,066.52** |

### Accruals

| | Bal. |
|---|---|
| Floating Holiday | 0.00 |
| Sick | 0.00 |
| Vacation | 6.66 |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

Parc Place Operations, LLC 1400 E Memorial Rd, Oklahoma City, OK 73131    1 of 1

---

**Parc Place Operations, LLC**
1400 E. Memorial Rd
Oklahoma City, OK 73131

| Pay Date: | 12/06/2024 |
|---|---|
| Voucher #: | (23817) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jason Williams | 1 | Checking | XXXXX0503 | 103100739 | 869.85 |

PMR/80/PMR  3000115  12/06/2024  (23817)

**Jason Williams**
12200 se 157th st
okc, OK 73165

**Non-Negotiable - This Is Not A Check**

**PF MLE SNF Ops LLC**
1500 Waters Ridge Dr.
Suite 200
Lewisville, TX 75057
972-899-4152

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/15/2024 |
| Period End Date | 12/28/2024 |
| Pay Date | 01/03/2025 |
| Document | 143831756 |
| **Net Pay** | **$1,090.43** |

## Pay Details

**JASON LEE WILLIAMS**
12200 SE 157TH ST
OKLAHOMA CITY, OK 73165
USA

| | | | |
|---|---|---|---|
| Employee Number | 65186 | Pay Group | Meadowlakes SNF |
| SSN | XXX-XX-XXXX | Location | PF MEADOWLAKES SNF |
| Job | Maintenance | Facility | 696 - MEADOWLAKE ESTATES |
| Pay Rate | $25.00 | Department | FMAINT - FacMaint |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday | 2 | Maintenance | 8.000000 | $25.00 | $200.00 | $200.00 |
| Regular Pay | 2 | Maintenance | 39.750000 | $25.00 | $993.75 | $993.75 |

Total Hours Worked  39.750000          Total Hours  47.750000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $17.31 | $17.31 |
| Social Security Employee Tax | $74.01 | $74.01 |
| OK State Income Tax | $12.00 | $12.00 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx0503 | Checking | $1,090.43 |
| Total | | $1,090.43 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,193.75 | $1,193.75 | $103.32 | $0.00 | **$1,090.43** |
| YTD | $1,193.75 | $1,193.75 | $103.32 | $0.00 | $1,090.43 |

PF MLE SNF Ops LLC
1500 Waters Ridge Dr.
Suite 200
Lewisville, TX 75057
972-899-4152

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/29/2024 |
| Period End Date | 01/11/2025 |
| Pay Date | 01/17/2025 |
| Document | 168665472 |
| **Net Pay** | **$2,283.55** |

## Pay Details

**JASON LEE WILLIAMS**
12200 SE 157TH ST
OKLAHOMA CITY, OK 73165
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 65186 | Pay Group | Meadowlakes SNF |
| SSN | XXX-XX-XXXX | Location | PF MEADOWLAKES SNF |
| Job | Maintenance | Facility | 696 - MEADOWLAKE ESTATES |
| Pay Rate | $25.00 | Department | FMAINT - FacMaint |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Holiday | 1 | Maintenance | 8.000000 | $25.00 | $200.00 | $400.00 |
| Overtime | 1 | Maintenance | 3.600000 | $25.00 | $90.00 | |
| Overtime | 2 | Maintenance | 5.866667 | $25.00 | $146.67 | $236.67 |
| Overtime Premiu | 1 | Maintenance | 3.600000 | $12.50 | $45.00 | |
| Overtime Premiu | 2 | Maintenance | 5.866667 | $12.50 | $73.33 | $118.33 |
| Regular Pay | 1 | Maintenance | 40.000000 | $25.00 | $1,000.00 | |
| Regular Pay | 2 | Maintenance | 40.000001 | $25.00 | $1,000.01 | $2,993.76 |

Total Hours Worked 98.933335    Total Hours 106.933335

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $37.05 | $54.36 |
| Social Security Employee Tax | $158.41 | $232.42 |
| OK State Income Tax | $76.00 | $88.00 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx0503 | Checking | $2,283.55 |
| Total | | $2,283.55 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,555.01 | $2,555.01 | $271.46 | $0.00 | **$2,283.55** |
| YTD | $3,748.76 | $3,748.76 | $374.78 | $0.00 | $3,373.98 |

Mid-Del Public Schools   Advice Amount: $3,302.63

| EMP NO | EMPLOYEE NAME | SITE CODE | ADVICE DATE | WEEK ENDING | ADVICE NO. |
|---|---|---|---|---|---|
| 5773 | KENDRA WILLIAMS | 185 | 08/23/2024 | 08/31/2024 | 925000391 |

| EARNINGS | RATE | DAYS/HRS | CURRENT | CYTD | FYTD | DEDUCTIONS | CURRENT | CYTD | FYTD | EMPLR | EMPR CYTD | EMPR FYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BASE1 | | | $3,676.92 | $3,676.92 | $3,676.92 | FICA | $227.97 | $227.97 | $227.97 | $227.97 | $227.97 | $227.97 |
| TOTALS | | 0.00 | $3,676.92 | $3,676.92 | $3,676.92 | MEDICARE | $53.32 | $53.32 | $53.32 | $53.32 | $53.32 | $53.32 |
| | | | | | | OKLA WH TAX | $93.00 | $93.00 | $93.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | RET DIST PD | $0.00 | $0.00 | $0.00 | $276.76 | $276.76 | $276.76 |
| | | | | | | RET EMPR CON | $0.00 | $0.00 | $0.00 | $375.60 | $375.60 | $375.60 |
| | | | | | | TOTALS | $374.29 | $374.29 | $374.29 | $933.65 | $933.65 | $933.65 |
| | | | | | | DIR DEPOSIT CITY NATIONAL BANK | $3,302.63 | | | | | |

| WITHHOLDING ALLOWANCES | | | | ADVICE TOTALS | | |
|---|---|---|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT | TYPE | CURRENT | YTD |
| Federal | M | 0 | | Taxable Pay | $3,676.92 | $3,676.92 |
| State | M | 0 | $0.00 | Gross Pay | $3,676.92 | $3,676.92 |
| | | | | Deductions | $374.29 | $374.29 |
| | | | | Net Pay | $3,302.63 | |

☒ Next payroll date is September 25, 2024. Your current leave balance is available at AESOPONLINE.COM



**The Board of Education**
**Midwest City-Del City School District ISD-52**
Oklahoma County
Payroll Payable
7217 SE 15th St.
Midwest City, OK 73110

Advice Number   Advice Date
925000391   08/23/2024

KENDRA G WILLIAMS

KENDRA G WILLIAMS
12200 SE 157TH ST
OKLAHOMA CITY, OK  73165

**FILE COPY**
**NON-NEGOTIABLE**

Mid-Del Public Schools — Advice Amount: $3,271.98

| EMP NO | EMPLOYEE NAME | SITE CODE | ADVICE DATE | WEEK ENDING | ADVICE NO. |
|---|---|---|---|---|---|
| 5773 | KENDRA WILLIAMS | 185 | 09/25/2024 | 09/30/2024 | 925001328 |

| EARNINGS | RATE | DAYS/HRS | CURRENT | CYTD | FYTD | DEDUCTIONS | CURRENT | CYTD | FYTD | EMPLR | EMPR CYTD | EMPR FYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BASE1 | | | $3,676.92 | $7,353.84 | $7,353.84 | FICA | $233.65 | $461.62 | $461.62 | $233.65 | $461.62 | $461.62 |
| DP LIFE | | 0.00 | $1.60 | $1.60 | $1.60 | MEDICARE | $54.64 | $107.96 | $107.96 | $54.64 | $107.96 | $107.96 |
| TRCRDT | | 1.00 | $27.11 | $27.11 | $27.11 | HEALTH BT | $679.62 | $679.62 | $679.62 | $0.00 | $0.00 | $0.00 |
| FBASEPTCT | | 0.00 | $679.62 | $679.62 | $679.62 | DENTAL BT | $166.70 | $166.70 | $166.70 | $0.00 | $0.00 | $0.00 |
| STIPFED | | 6.00 | $120.00 | $310.00 | $310.00 | VISION BT | $29.04 | $29.04 | $29.04 | $0.00 | $0.00 | $0.00 |
| STIPFED | | 6.50 | $130.00 | | | AFA ACC BT | $49.80 | $49.80 | $49.80 | $0.00 | $0.00 | $0.00 |
| STIPFED | | 20.00 | $60.00 | | | OKLA WH TAX | $97.00 | $190.00 | $190.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | | 33.50 | $4,695.25 | $8,372.17 | $8,372.17 | RET DIST PD | $0.00 | $0.00 | $0.00 | $276.88 | $553.64 | $553.64 |
| | | | | | | RET DIST PD | $0.00 | $0.00 | $0.00 | $23.33 | $23.33 | $23.33 |
| | | | | | | RET EMPR CON | $0.00 | $0.00 | $0.00 | $407.43 | $783.03 | $783.03 |
| | | | | | | TRS FED MATC | $0.00 | $0.00 | $0.00 | $24.80 | $24.80 | $24.80 |
| | | | | | | TRS CREDIT | $0.00 | $0.00 | $0.00 | -$27.11 | -$27.11 | -$27.11 |
| | | | | | | AFA DISB AT | $84.76 | $84.76 | $84.76 | $0.00 | $0.00 | $0.00 |
| | | | | | | LIFE | $26.46 | $26.46 | $26.46 | $0.00 | $0.00 | $0.00 |
| | | | | | | LIFE CT | $0.00 | $0.00 | $0.00 | $1.60 | $1.60 | $1.60 |
| | | | | | | TOTALS | $1,421.67 | $1,795.96 | $1,795.96 | $995.22 | $1,928.87 | $1,928.87 |
| | | | | | | DIR DEPOSIT CITY NATIONAL BANK | $3,271.98 | | | | | |

| WITHHOLDING ALLOWANCES | | | | ADVICE TOTALS | | |
|---|---|---|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT | TYPE | CURRENT | YTD |
| Federal | M | 0 | | Taxable Pay | $3,768.49 | $7,445.41 |
| State | M | 0 | $0.00 | Gross Pay | $4,695.25 | $8,372.17 |
| | | | | Deductions | $1,421.67 | $1,795.96 |
| | | | | Net Pay | $3,271.98 | |

☒ Next payroll will be on October 25, 2024. Be looking for info regarding the Health Option Period at your site.



The Board of Education
**Midwest City-Del City School District ISD-52**
Oklahoma County
Payroll Payable
7217 SE 15th St.
Midwest City, OK 73110

Advice Number: 925001328
Advice Date: 09/25/2024

KENDRA G WILLIAMS

KENDRA G WILLIAMS
12200 SE 157TH ST
OKLAHOMA CITY, OK 73165

**FILE COPY**

**NON-NEGOTIABLE**

Mid-Del Public Schools

Advice Amount: $3,016.63

| EMP NO | EMPLOYEE NAME | SITE CODE | ADVICE DATE | WEEK ENDING | ADVICE NO. |
|---|---|---|---|---|---|
| 5773 | KENDRA WILLIAMS | 185 | 10/25/2024 | 10/31/2024 | 925003004 |

| EARNINGS | RATE | DAYS/HRS | CURRENT | CYTD | FYTD | DEDUCTIONS | CURRENT | CYTD | FYTD | EMPLR | EMPR CYTD | EMPR FYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BASE1 | | | $3,676.92 | $11,030.76 | $11,030.76 | FICA | $215.56 | $677.18 | $677.18 | $215.56 | $677.18 | $677.18 |
| DP LIFE | | 0.00 | $1.60 | $3.20 | $3.20 | MEDICARE | $50.41 | $158.37 | $158.37 | $50.41 | $158.37 | $158.37 |
| TRCRDT | | 1.00 | $27.11 | $54.22 | $54.22 | HEALTH BT | $679.62 | $1,359.24 | $1,359.24 | $0.00 | $0.00 | $0.00 |
| FBASEPTCT | | 0.00 | $679.62 | $1,359.24 | $1,359.24 | DENTAL BT | $166.70 | $333.40 | $333.40 | $0.00 | $0.00 | $0.00 |
| COVER | | 0.00 | $18.33 | $18.33 | $18.33 | VISION BT | $29.04 | $58.08 | $58.08 | $0.00 | $0.00 | $0.00 |
| STIPFED | | 0.00 | $0.00 | $310.00 | $310.00 | AFA ACC BT | $49.80 | $99.60 | $99.60 | $0.00 | $0.00 | $0.00 |
| TOTALS | | 1.00 | $4,403.58 | $12,775.75 | $12,775.75 | OKLA WH TAX | $83.00 | $273.00 | $273.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | RET DIST PD | $0.00 | $0.00 | $0.00 | $278.26 | $831.90 | $831.90 |
| | | | | | | RET DIST PD | $0.00 | $0.00 | $0.00 | $0.00 | $23.33 | $23.33 |
| | | | | | | RET EMPR CON | $0.00 | $0.00 | $0.00 | $377.64 | $1,160.67 | $1,160.67 |
| | | | | | | TRS FED MATC | $0.00 | $0.00 | $0.00 | $0.00 | $24.80 | $24.80 |
| | | | | | | TRS CREDIT | $0.00 | $0.00 | $0.00 | -$27.11 | -$54.22 | -$54.22 |
| | | | | | | AFA DISB AT | $84.76 | $169.52 | $169.52 | $0.00 | $0.00 | $0.00 |
| | | | | | | LIFE | $26.46 | $52.92 | $52.92 | $0.00 | $0.00 | $0.00 |
| | | | | | | LIFE CT | $0.00 | $0.00 | $0.00 | $1.60 | $3.20 | $3.20 |
| | | | | | | TOTALS | $1,385.35 | $3,181.31 | $3,181.31 | $896.36 | $2,825.23 | $2,825.23 |
| | | | | | | DIR DEPOSIT CITY NATIONAL BANK | $3,016.63 | | | | | |

| WITHHOLDING ALLOWANCES | | | | ADVICE TOTALS | | |
|---|---|---|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT | TYPE | CURRENT | YTD |
| Federal | M | 0 | | Taxable Pay | $3,476.82 | $10,922.23 |
| State | M | 0 | $0.00 | Gross Pay | $4,403.58 | $12,775.75 |
| | | | | Deductions | $1,385.35 | $3,181.31 |
| | | | | Net Pay | $3,016.63 | |

✉ Current leave balance can be found at www.aesoponline.com. Next payroll date is November 21, 2024.



The Board of Education
**Midwest City-Del City School District ISD-52**
Oklahoma County
Payroll Payable
7217 SE 15th St.
Midwest City, OK 73110

Advice Number  Advice Date
925003004  10/25/2024

KENDRA G WILLIAMS

KENDRA G WILLIAMS
12200 SE 157TH ST
OKLAHOMA CITY, OK  73165

**FILE COPY**

**NON-NEGOTIABLE**

Mid-Del Public Schools  Advice Amount: $3,000.70

| EMP NO | EMPLOYEE NAME | SITE CODE | ADVICE DATE | WEEK ENDING | ADVICE NO. |
|---|---|---|---|---|---|
| 5773 | KENDRA WILLIAMS | 185 | 11/21/2024 | 11/30/2024 | 925004697 |

| EARNINGS | RATE | DAYS/HRS | CURRENT | CYTD | FYTD | DEDUCTIONS | CURRENT | CYTD | FYTD | EMPLR | EMPR CYTD | EMPR FYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BASE1 | | | $3,676.92 | $14,707.68 | $14,707.68 | FICA | $214.42 | $891.60 | $891.60 | $214.42 | $891.60 | $891.60 |
| DP LIFE | | 0.00 | $1.60 | $4.80 | $4.80 | MEDICARE | $50.15 | $208.52 | $208.52 | $50.15 | $208.52 | $208.52 |
| TRCRDT | | 1.00 | $27.11 | $81.33 | $81.33 | HEALTH BT | $679.62 | $2,038.86 | $2,038.86 | $0.00 | $0.00 | $0.00 |
| FBASEPTCT | | 0.00 | $679.62 | $2,038.86 | $2,038.86 | DENTAL BT | $166.70 | $500.10 | $500.10 | $0.00 | $0.00 | $0.00 |
| COVER | | 0.00 | $0.00 | $18.33 | $18.33 | VISION BT | $29.04 | $87.12 | $87.12 | $0.00 | $0.00 | $0.00 |
| STIPFED | | 0.00 | $0.00 | $310.00 | $310.00 | AFA ACC BT | $49.80 | $149.40 | $149.40 | $0.00 | $0.00 | $0.00 |
| TOTALS | | 1.00 | $4,385.25 | $17,161.00 | $17,161.00 | OKLA WH TAX | $82.00 | $355.00 | $355.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | RET DIST PD | $0.00 | $0.00 | $0.00 | $276.88 | $1,108.78 | $1,108.78 |
| | | | | | | RET DIST PD | $0.00 | $0.00 | $0.00 | $0.00 | $23.33 | $23.33 |
| | | | | | | RET EMPR CON | $0.00 | $0.00 | $0.00 | $375.76 | $1,536.43 | $1,536.43 |
| | | | | | | TRS FED MATC | $0.00 | $0.00 | $0.00 | $0.00 | $24.80 | $24.80 |
| | | | | | | TRS CREDIT | $0.00 | $0.00 | $0.00 | -$27.11 | -$81.33 | -$81.33 |
| | | | | | | AFA DISB AT | $84.76 | $254.28 | $254.28 | $0.00 | $0.00 | $0.00 |
| | | | | | | LIFE | $26.46 | $79.38 | $79.38 | $0.00 | $0.00 | $0.00 |
| | | | | | | LIFE CT | $0.00 | $0.00 | $0.00 | $1.60 | $4.80 | $4.80 |
| | | | | | | TOTALS | $1,382.95 | $4,564.26 | $4,564.26 | $891.70 | $3,716.93 | $3,716.93 |
| | | | | | | DIR DEPOSIT CITY NATIONAL BANK | $3,000.70 | | | | | |

| WITHHOLDING ALLOWANCES | | | | ADVICE TOTALS | | |
|---|---|---|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT | TYPE | CURRENT | YTD |
| Federal | M | 0 | | Taxable Pay | $3,458.49 | $14,380.72 |
| State | M | 0 | $0.00 | Gross Pay | $4,385.25 | $17,161.00 |
| | | | | Deductions | $1,382.95 | $4,564.26 |
| | | | | Net Pay | $3,000.70 | |

✉ Happy Holidays! Next payroll is Dec. 19, 2024. Current leave balances can be found at www.aesoponline.com

The Board of Education
**Midwest City-Del City School District ISD-52**
Oklahoma County
Payroll Payable
7217 SE 15th St.
Midwest City, OK 73110

Advice Number  Advice Date
925004697  11/21/2024

KENDRA G WILLIAMS

KENDRA G WILLIAMS
12200 SE 157TH ST
OKLAHOMA CITY, OK 73165

**FILE COPY**

**NON-NEGOTIABLE**

**Mid-Del Public Schools**  Advice Amount: $3,064.42

| EMP NO | EMPLOYEE NAME | SITE CODE | ADVICE DATE | WEEK ENDING | ADVICE NO. |
|---|---|---|---|---|---|
| 5773 | KENDRA WILLIAMS | 185 | 12/19/2024 | 12/31/2024 | 925006484 |

| EARNINGS | RATE | DAYS/HRS | CURRENT | CYTD | FYTD | DEDUCTIONS | CURRENT | CYTD | FYTD | EMPLR | EMPR CYTD | EMPR FYTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BASE1 | | | $3,676.92 | $18,384.60 | $18,384.60 | FICA | $218.98 | $1,110.58 | $1,110.58 | $218.98 | $1,110.58 | $1,110.58 |
| DP LIFE | | 0.00 | $1.60 | $6.40 | $6.40 | MEDICARE | $51.21 | $259.73 | $259.73 | $51.21 | $259.73 | $259.73 |
| TRCRDT | | 1.00 | $27.11 | $108.44 | $108.44 | HEALTH BT | $679.62 | $2,718.48 | $2,718.48 | $0.00 | $0.00 | $0.00 |
| FBASEPTCT | | 0.00 | $679.62 | $2,718.48 | $2,718.48 | DENTAL BT | $166.70 | $666.80 | $666.80 | $0.00 | $0.00 | $0.00 |
| COVER | | 0.00 | $73.34 | $91.67 | $91.67 | VISION BT | $29.04 | $116.16 | $116.16 | $0.00 | $0.00 | $0.00 |
| STIPFED | | 0.00 | $0.00 | $310.00 | $310.00 | AFA ACC BT | $49.80 | $199.20 | $199.20 | $0.00 | $0.00 | $0.00 |
| TOTALS | | 1.00 | $4,458.59 | $21,619.59 | $21,619.59 | OKLA WH TAX | $86.00 | $441.00 | $441.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | RET DIST PD | $0.00 | $0.00 | $0.00 | $282.40 | $1,391.18 | $1,391.18 |
| | | | | | | RET DIST PD | $0.00 | $0.00 | $0.00 | $0.00 | $23.33 | $23.33 |
| | | | | | | RET EMPR CON | $0.00 | $0.00 | $0.00 | $383.25 | $1,919.68 | $1,919.68 |
| | | | | | | TRS FED MATC | $0.00 | $0.00 | $0.00 | $0.00 | $24.80 | $24.80 |
| | | | | | | TRS CREDIT | $0.00 | $0.00 | $0.00 | -$27.11 | -$108.44 | -$108.44 |
| | | | | | | AFA DISB AT | $84.76 | $339.04 | $339.04 | $0.00 | $0.00 | $0.00 |
| | | | | | | LIFE | $26.46 | $105.84 | $105.84 | $0.00 | $0.00 | $0.00 |
| | | | | | | LIFE CT | $0.00 | $0.00 | $0.00 | $1.60 | $6.40 | $6.40 |
| | | | | | | TOTALS | $1,392.57 | $5,956.83 | $5,956.83 | $910.33 | $4,627.26 | $4,627.26 |
| | | | | | | DIR DEPOSIT CITY NATIONAL BANK | $3,064.42 | | | | | |

| WITHHOLDING ALLOWANCES | | | | ADVICE TOTALS | | |
|---|---|---|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT | TYPE | CURRENT | YTD |
| Federal | M | 0 | | Taxable Pay | $3,531.83 | $17,912.55 |
| State | M | 0 | $0.00 | Gross Pay | $4,458.59 | $21,619.59 |
| | | | | Deductions | $1,392.57 | $5,956.83 |
| | | | | Net Pay | $3,064.42 | |

✉ Next payroll is January 24, 2025. Have a great break! Current leave balances can be found at www.aesoponline.com.



**The Board of Education**
**Midwest City-Del City School District ISD-52**
Oklahoma County
Payroll Payable
7217 SE 15th St.
Midwest City, OK 73110

Advice Number: 925006484
Advice Date: 12/19/2024

KENDRA G WILLIAMS

KENDRA G WILLIAMS
12200 SE 157TH ST
OKLAHOMA CITY, OK 73165

**FILE COPY**
**NON-NEGOTIABLE**